UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AMERIFORGE CORPORATION (doing business as Coffer Corporation, Forged Vessel Connections, and Texas Metal Works) and FEDERAL FLANGE, INC., and on behalf of themselves and all others similarly situated, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>ULMA PIPING USA CORP. and ULMA FORJA, S.COOP., a/k/a ULMA ADVANCED FORGED SOLUTIONS.<br><br>  Defendants. | Case No. 4:20-cv-04315 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Ameriforge Corporation (d/b/a Coffer Corporation, Forged Vessel Connections, and Texas Metal Works) and Federal Flange, Inc. and Defendants Ulma Piping USA Corporation and Ulma Forja, S. Coop, through their respective undersigned counsel, hereby stipulate and agree that this action is dismissed with prejudice and without costs.

Stipulated and agreed to this 2nd day of May, 2023

| | |
|---|---|
| **Attorneys for Plaintiff**<br>**Ameriforge Corporation and Federal Flange, Inc.:** | **Attorneys for Defendants**<br>**Ulma Piping USA Corp. and Ulma Forja, S.Coop. a/k/a Ulma Advanced Forged Solutions:** |
| By:   */s/ Saul Perloff*<br><br> **Saul Perloff**<br> Attorney-In-Charge<br> Texas Bar No. 00795128<br> S.D. Texas Federal ID No. 20748 | By:   */s/ Mauricio España*<br><br> **Andrew J. Levander** *(pro hac vice)*<br> Andrew.levander@dechert.com<br> **Mauricio A. España** *(pro hac vice)*<br> Mauricio.españa@dechert.com |

saul.perloff@shearman.com
**Katharyn Grant**
Texas Bar No. 24050683
S.D. Texas Federal ID No. 641461
kathy.grant@shearman.com
**Robert L. Rouder**
Texas Bar No. 24037400
S.D. Fed. Bar No. 3108753
bob.rouder@shearman.com
**SHEARMAN & STERLING, LLP**
300 West 6th Street, Suite 2250
Austin, Texas 78701
Telephone (512) 647-1970

**Marc B. Collier**
Texas Bar No. 00792418
S.D. Fed. Bar No. 24057
marc.collier@nortonrosefulbright.com
**Peter Stokes**
Texas Bar No. 24028017
S.D. Texas Federal ID No. 29636
peter.stokes@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701-4255
Telephone (512) 474-5201
Facsimile (512) 536-4598

**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone (212) 698-3500
Facsimile (212) 698-3599

**David Gerger**
Texas Bar No: 07816360
dgerger@ghmfirm.com
**Ashlee McFarlane**
Texas Bar No: 24070243
amcfarlane@ghmfirm.com
**GERGER, HENNESSY & MCFARLANE**
1001 Fannin, Suite 2450
Houston, Texas 77002
Telephone (713) 224-4400
Facsimile (713) 224-5153