United States District Court
Southern District of Texas
**ENTERED**
May 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERIFORGE CORPORATION, *et al* | § § | |
| VS | § § | CIVIL ACTION NO. 4:20-4315 |
| ULMA PIPING USA CORP, *et al* | § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal with Prejudice filed on May 2, 2023 (Doc. No. 96) this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a) without costs.

SIGNED at Houston, Texas, this ___5th___ day of May 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE